BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
JARED D. RENFRO
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00029-GSA |
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL OF INFORMATION |
| v. | |
| SUZANNE M. TABARES, | |
| Defendant(s). | |

　　The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Jared D. Renfro, Special Assistant United States Attorney, hereby moves to dismiss the Information filed against Suzanne M. Tabares on or about January 19, 2011, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated:　February 24, 2011　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By :　/s/ Jared D. Renfro
　　　　　　　　　　　　　　　　　　　JARED D. RENFRO
　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1

O R D E R

IT IS HEREBY ORDERED that the Information filed on January 19, 2011, against SUZANNE M. TABARES, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 24, 2011**              /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE